UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62568-CIV-DIMITROULEAS

MAAZ ISRAR,

     Plaintiff,

vs.

MRS BPO LLC,

     Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On February 11, 2022, the Court issued an Order [DE 10] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **March 8, 2022**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record