UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62568-CIV-DIMITROULEAS

MAAZ ISRAR,

    Plaintiff,

vs.

MRS BPO LLC,

    Defendant.
_____/

**ORDER APPROVING STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon the Joint Stipulation of Voluntary Dismissal With Prejudice (the "Stipulation") [DE 21], filed herein on November 8, 2022. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 21] is hereby **APPROVED**.
2. This case is **DISMISSED WITH PREJUDICE**.
3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 8th day of November, 2022.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record